**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ERIC J. PAPP,

        Petitioner,

   v.

SUPERINTENDENT LAWRENCE
MAHALLY, *et al.*,

        Respondents.

No. 4:19-CV-00347

(Judge Brann)

## ORDER

**APRIL 27, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DENIED WITH PREJUDICE**;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge